IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHANNON MURPHY, )   )   Petitioner, )   )   v. )   )   UNITED STATES OF AMERICA, )   )   Respondent. ) | Civil Action No. 2:07cv336-MEF |

**ORDER ON MOTION**

On May 8, 2007 (Doc. No. 4), Petitioner filed a "Motion to Supplement to 28 U.S.C. 2255," in which she seeks to supplement her 28 U.S.C. § 2255 motion with matters in support of the claims presented in that motion. Upon consideration of the motion, and for good cause, it is

ORDERED that the Motion to Supplement is GRANTED.

Done this 9th day of May, 2007.

                                               /s/Wallace Capel, Jr.
                                        WALLACE CAPEL, JR.
                                        UNITED STATES MAGISTRATE JUDGE