IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SHANNON MURPHY | ) | |
| | ) | |
| v. | ) | CR. NO.  2:07-cv-336-MEF |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

### UNITED STATES' MOTION TO WITHDRAW

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests that Assistant United States Attorney Todd A. Brown be allowed to withdraw from the above-styled case.

Respectfully submitted this the 9th day of May, 2007.

                                                  LEURA G. CANARY
                                                UNITED STATES ATTORNEY

                                                /s/ Todd A. Brown
                                                TODD A. BROWN
                                                One Court Square, Suite 201
                                                Montgomery, AL 36104
                                                Phone: (334)223-7280
                                                Fax: (334)223-7135
                                                E-mail: todd.brown@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHANNON MURPHY ) | |
| ) | |
| v. ) | CR. NO.   2:07-cv-336-MEF |
| ) | |
| UNITED STATES OF AMERICA ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan James.

Respectfully submitted,

/s/ Todd A. Brown
TODD A. BROWN
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: todd.brown@usdoj.gov