IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SHANNON MURPHY,                    )
                                   )
            Petitioner,            )
                                   )
    v.                             )        Civil Action No. 2:07cv336-MEF
                                   )
UNITED STATES OF AMERICA,          )
                                   )
            Respondent.            )

## ORDER ON MOTION

Upon consideration of the motion to withdraw (Doc. No. 6), by which the United

States requests that Assistant United States Attorney Todd A. Brown be allowed to withdraw

from this case, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 10th day of May, 2007.



        /s/Wallace Capel, Jr.
    WALLACE CAPEL, JR.
    UNITED STATES MAGISTRATE JUDGE