IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA       )
                                    )
       v.                       )       CR. NO. 2:07cv336-MEF
                                    )
SHANNON MURPHY              )

### UNITED STATES' NOTICE OF APPEARANCE

       Comes now the undersigned Assistant United States Attorney for the Middle District of

Alabama, Jerusha T. Adams, and enters her notice of appearance on behalf of the United States in

the above-styled cause.

       Respectfully submitted this the 14th day of May, 2007.

                            LEURA G. CANARY
                            UNITED STATES ATTORNEY

                            /s/Jerusha T. Adams
                            JERUSHA T. ADAMS
                            Assistant United States Attorney
                            One Court Square, Suite 201
                            Montgomery, AL 36104
                            Phone: (334) 223-7280
                            Fax: (334) 223-7135
                            E-mail: jerusha.adams@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 2:07cv336-MEF
)
SHANNON MURPHY )

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2007, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the following:

Susan G. James.

Respectfully submitted,

/s/Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: jerusha.adams@usdoj.gov