IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHANNON S. MURPHY, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 2:07cv336-MEF |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the United States on May 14, 2007 (Doc. No. 9), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the United States be GRANTED an extension from May 24, 2007, to and including June 14, 2007, to file a response to the petitioner's 28 U.S.C. § 2255 motion in compliance with this court's order entered on April 24, 2007.

Done this 15th day of May, 2007.

                       /s/Wallace Capel, Jr.
                       WALLACE CAPEL, JR.
                       UNITED STATES MAGISTRATE JUDGE