IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SHANNON S. MURPHY,              )
                               )
        Petitioner,            )
                               )
    v.                         )          Civil Action No. 2:07cv336-MEF
                               )
UNITED STATES OF AMERICA,      )
                               )
        Respondent.            )

## ORDER

The Magistrate Judge filed a Recommendation (Doc. #13) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted.  Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #13) of the Magistrate Judge is ADOPTED.  Petitioner's motion to vacate sentence pursuant to 28 U.S.C. § 2255 is DISMISSED with prejudice because the claim presented in the motion is barred by the waiver provision of Petitioner's plea agreement and entitles her to no relief.  An appropriate judgment will be entered.

Done this the 11th day of March, 2009.

_____
        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE